**Order entered November 15, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00132-CV

## IN THE INTEREST OF C.D.G., A.D.G., AND L.M.G., CHILDREN

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-55585-2013**

## ORDER

Before the Court is appellant's November 12, 2021 unopposed motion for an extension of time to file her reply brief. We **GRANT** the motion and extend the time to **December 16, 2021**.

/s/    CRAIG SMITH
       JUSTICE